UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADRIEN EMMANUEL WILLIAMS,

       Plaintiff,                               Case No: 1:14-cv-968

v.                                           HON. JANET T. NEFF

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

_____/

## **ORDER**

Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration. 42 U.S.C. § 405(g). Defendant filed a Motion to Dismiss Plaintiff's Complaint (Dkt 6). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on April 17, 2015, recommending that this Court grant Defendant's motion. The Report and Recommendation was duly served on the parties. No objections have been filed. See 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 11) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss Plaintiff's Complaint (Dkt 6) is GRANTED.

A Judgment will be entered consistent with this Order.

Dated: May 8, 2015                                                /s/ Janet T. Neff
                                                                      JANET T. NEFF
                                                                      United States District Judge